FILED
NOV - 4 2026
U.S. DISTRICT COURT
BAY CITY, MICHIGAN

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

KIKKI CHAVEZ ALANIZ,

Defendant.

Case No. 26-cr-20697

Judge Robert J. White

---

**FIRST SUPERSEDING INDICTMENT**

---

**THE GRAND JURY CHARGES:**

**<u>COUNT ONE</u>**
**(18 U.S.C. §§ 113(a)(8), 1151 and 1153)**
**(Assault of a Dating Partner by Strangulation or Attempted Strangulation)**

On or about September 22, 2026, in the Northern Division of the Eastern District of Michigan, within Indian country, as defined in 18 U.S.C. § 1151, that is, the Isabella Reservation, Kikki Chavez Alaniz, an Indian, assaulted Adult Victim 1, his dating partner, by attempting to strangle and by strangling her, in violation of 18 U.S.C. §§ 113(a)(8), 1151 and 1153.

**COUNT 2**
**18 U.S.C. § 1512(b)(3)**
**Witness Tampering**

On or about September 22, 2026, in the Northern Division of the Eastern District of Michigan, Kikki Chavez Alaniz, knowingly intimidated, threatened, and corruptly persuaded Adult Victim 1, or attempted to do so, with the intent to hinder, delay, or prevent the communication to a law enforcement officer or judge of the United States of information relating to the commission or possible commission of a Federal offense and a violation of conditions of probation, in violation of 18 U.S.C. § 1512(b)(3).

Dated: November 4, 2026

THIS IS A TRUE BILL

*s/Grand Jury Foreperson*
GRAND JURY FOREPERSON

JEROME F. GORGON
United States Attorney

*s/Roy R. Kranz*
ROY R. KRANZ (P56903)
Assistant U.S. Attorney
101 First Street, Suite 200
Bay City, Michigan 48708-5747
(989) 895-5712
roy.kranz@usdoj.gov

*s/Anthony P. Vance*
ANTHONY P. VANCE
Assistant U.S. Attorney
Chief, Branch Offices

**Companion Case information MUST be completed by AUSA and initialed**

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover Sheet | Case Number<br>26-cr-20697 |
|---|---|---|

**NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.**

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | **Judge Assigned:** |
| ☐ **Yes** x **No** | **AUSA's Initials:** RRK |

FILED
NOV - 4 2026
U.S. DISTRICT COURT
BAY CITY, MICHIGAN

**Case Title:** USA v. Kikki Chavez Alaniz

**County where offense occurred:** Isabella

**Check One:** **X Felony** __ **Misdemeanor** __ **Petty**

_______Indictment/___Information --- **no** prior complaint.
_______Indictment/___Information --- based upon prior complaint []
___X___Indictment/___Information --- based upon **LCrR 57.10 (d)** ***[Complete Superseding section below]***.

## Superseding Case Information

**Superseding to Case No:** 26-cr-20697 **Judge:** Robert J. White

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
X Embraces same subject matter but adds the additional defendants or charges below:

| Defendant name | Charges | Prior Complaint (if applicable) |
|---|---|---|
| Kikki Chavez Alaniz | 18 U.S.C. § 1512(b)(3) | |

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

Date: November 4, 2026

s/Roy R. Kranz
Roy R. Kranz
Assistant United States Attorney
101 First Street, Suite 200, Bay City, MI 48708
Phone: 989-895-5712
Fax: 989-895-5790
E-Mail address: roy.kranz@usdoj.gov
Attorney Bar #: P56903

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.